UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MALEEHA QAZI, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-780 |
| | § | |
| STAGE STORES, INC. D/B/A PEEBLES, | § | |
| INC.; dba GOODY'S AND SPECIALITY | § | |
| RETAILERS, INC.; dba STAGE; dba | § | |
| BEALLS AND SPECIALITY | § | |
| RETAILERS, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiffs have notified this Court that they do not object to dismissal without prejudice to their ability to continue pursuing their claims in the related bankruptcy proceeding. (Doc. 169). In accordance with that notice, this case is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 15th day of March, 2021.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE